F. W. WOOLWORTH COMPANY, Respondent, v. MAYER S. GINSBURG,

Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.